UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON HARPER, | ) | Case No. EDCV 10-1143 CJC(JC) |
| Plaintiff, | ) ) | (~~PROPOSED~~) |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| MICHAEL J. ASTRUE, | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on any counsel for defendant.

IT IS SO ORDERED.

DATED: January 31, 2011    _____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE